IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 21-cv-03104-CMA-KLM

CARLOS CUESTA,

    Plaintiff,

v.

PEORIA LODGING, LLC, d/b/a Comfort Inn Denver East,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Final Order on Plaintiff's Motion for Attorney Fees (ECF No. 39) entered by Senior United States District Judge Christine M. Arguello on November 17, 2022, it is

ORDERED that judgment is entered in favor of Plaintiff, Carlos Cuesta, and against Defendant, Peoria Lodging, LLC, d/b/a Comfort Inn Denver East

FURTHER ORDERED Plaintiff, Carlos Cuesta is awarded $1,800 in attorney fees as the prevailing party in this matter.

This case will be closed.

Dated November 18, 2022, at Denver, Colorado.

    FOR THE COURT:

    Jeffrey P. Colwell, Clerk

    By:   <u>s/M. Smotts</u>
           M. Smotts, Deputy Clerk